| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>R. Grace Rodriguez, Esq.<br>21000 Devonshire Street, Suite 111<br>Chatsworth, CA 91311<br>(818) 734-7223 Fax: (818) 338-5821<br>196657 CA<br>ECF2@LORGR.COM | FOR COURT USE ONLY |
|---|---|
| ☑ Attorney for Movant<br>☐ Movant appearing without attorney: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Raul Velazquez<br><br><br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:18-bk-12872-SK<br>CHAPTER: 13<br><br>**NOTICE OF MOTION AND**<br>**MOTION FOR ORDER DETERMINING**<br>**VALUE OF COLLATERAL**<br>**[11 U.S.C. § 506(a), FRBP 3012)**<br><br>This motion is being made under **ONLY ONE** of the following notice procedures:<br>☐ No hearing unless request under LBR 9013-1(o)(4);<br>☑ Hearing set by Movant: LBR 9013-1(d);<br>☐ Hearing set on Shortened Notice: LBR 9075-1(b); or<br>☐ Hearing on Emergency Basis: LBR 9075-1(a).<br><br>Date:       June 14, 2018<br>TIME:      8:30 a.m.<br>COURTROOM:   1575<br>PLACE:     255 E. Temple Street<br>           Los Angeles, CA 90012 |

**Creditor Name** (*Insert name of creditor holding collateral to be valued*): ___**MECHANICS BANK, formerly known as CALIFORNIA REPUBLIC BANK**___

1. **PLEASE TAKE NOTICE THAT** ___**DEBTOR Raul Velazquez**___ (Movant) requests an order valuing the collateral described below. This motion does not request lien avoidance (see LBR forms F 4003 for lien avoidance involving principal residences and judicial liens).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                                    Page 1                          F 3012-1.MOTION.VALUATION

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Movant and the Movant's attorney and the United States trustee, and also serve a copy on the judge pursuant to LBR 5005-2(d) and the Court Manual.

   a. ☐ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by the Movant pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

   b. ☑ **Hearing Set by Movant; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on at least 21 days of notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

   c. ☐ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** Movant has filed a separate motion asking the court to set a hearing on shortened notice, titled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Movant will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Movant will provide written notice of a regular hearing date or other proposed disposition of this motion.

   d. ☐ **Hearing Requested on Emergency Basis under LBR 9075-1(a): Hearing Requested on Emergency Basis under LBR 9075-1(a):** Movant has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for the Movant to file and serve the Motion and the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Movant will provide written notice of a regular hearing date or other disposition of this motion and the deadline for filing an opposition.

Date: 4/30/2018

By: _____
Signature of Movant or Attorney for Movant

Name: R. Grace Rodriguez
Print Name of Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013    Page 2    F 3012-1.MOTION.VALUATION

# MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL
## PURSUANT TO 11 U.S.C. § 506(a) AND FRBP 3012

**1. The Movant is (check one):**
- ☒ The debtor
- ☐ A creditor
- ☐ The Official Committee of Creditors Holding Unsecured Claims
- ☐ Others (specify): _____

**2. The Collateral to be Valued:**

a. The Movant requests a determination of the value of the following collateral (Collateral).

☐ **Real Property**
- Street Address: _____
- Unit Number: _____
- City, State, Zip Code: _____

Legal description or document recording number (including county of recording): _____

☒ **Personal Property**
  ☒ Vehicle
  - Year, manufacturer, type, and model: 2009 Pontiag G6 in *Average* Condition due to age & condition
  - Vehicle Identification Number: _____
  - Location of vehicle (if known): Possession of Debtor

  ☐ Equipment:
  - Manufacturer, type, and characteristics: _____
  - Serial number(s): _____
  - Location (if known): _____

☐ Other Personal Property (describe type, identifying information, and location): _____

☐ See attached page.

b. Purpose of the Valuation

☒ Treatment of the claim in a plan:

  ☐ (crossed out) Pursuant to 11 U.S.C. § 1322

  ☒ Pursuant to 11 U.S.C. § 1129

  ☐ Other: _____

☐ Disposition or use of Collateral pursuant to 11 U.S.C. § 363;

☐ Other: (specify): _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                                    Page 3                    F 3012-1.MOTION.VALUATION

c. Movant asserts that the value of the Collateral is $ 2,894.00 but for purposes of cramdown Dealer Retail value is $3,619 based on age and condition of vehicle as of (date): __3-15-18__

    Check One:
    ☑ Date bankruptcy case was commenced.
    ☐ Other (specify): _____

### 3. Liens Encumbering the Collateral:

The Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priority | Original Lien Amount | Balance of Lien Amount As of (applicable date) March 25, 2018 |
|---|---|---|
| 1st Lien: Mechanics Bank, fka California Republic Bank | $13,279.00 | $ 5,820.00 |
| 2nd Lien: | $ | $ |
| 3rd Lien: | $ | $ |

☐ See attached page for additional lien(s).

### 4. Determination of Secured/Unsecured Status:
Based upon paragraphs 2 and 3 above, Movant asserts the following:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| 1st Lien: Mechanics Bank, fka California Republic Bank | $ 3,622.00 | $ 2,198.00 |
| 2nd Lien: | $ | $ |
| 3rd Lien: | $ | $ |

☐ See attached page for additional lien(s).

### 5. Evidence in Support of Motion:

a. Evidence establishing the value of the Collateral:
    ☑ Declaration of the debtor as owner of the Collateral
    ☐ Declaration of the expert witness
        ☐ Certified appraiser
        ☐ Other: _____
    ☑ Declaration of a party who can authenticate a market report e.g. Kelley Blue Book) pursuant to F.R.Evid. 803(17).
    ☐ Other: _____

b. Evidence establishing the amount of the claims related to the liens encumbering the Collateral
    ☑ Declaration of the debtor as owner of the Collateral
    ☐ Declaration of a witness authenticating a document that is an admissible statement of a party opponent (e.g. proof of claim or a recent loan statement) pursuant to F.R.Evid. 801(d)(2).

    ☐ Other: _____

c. Evidence establishing the priority of the lien encumbering the Collateral **NOT APPLICABLE**
    ☐ Declaration of the debtor as owner of the Collateral
    ☐ Other: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013    Page 4    F 3012-1.MOTION.VALUATION

**Based upon the foregoing, Movant requests that this Court value the Collateral as listed in paragraph 2.c. above and that the claims related to the liens encumbering the Collateral, listed in paragraph 3 above, are determined to be secured or unsecured as requested in paragraph 4 above.**

☐ See attached continuation page for additional provisions.

Respectfully submitted,

Date:  4/30/2018

By: _____
*Signature of Movant or Attorney for Movant*

Name:  R. Grace Rodriguez
*Printed Name of Movant or Attorney for Movant*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                                    Page 5                                    F 3012-1.MOTION.VALUATION

## DECLARATION OF THE DEBTOR AS OWNER OF THE COLLATERAL IN SUPPORT OF MOTION FOR ORDER TERMINING VALUE OF COLLATERAL

1. I, (state debtor's name) __RAUL VELASQUEZ__ declare that I am the debtor in this bankruptcy case.

2. I make this declaration of my own personal knowledge and if called as a witness, could and would testify thereto.

3. I am the owner of the collateral listed in paragraph 1 of the Motion for Order Determining Value of Collateral to which this declaration is attached.

4. My opinion of the value of the Collateral is $ __3,622.00__ as of (applicable date) __March 15, 2018__ based upon my personal knowledge, including but not limited to:

    ☐ Review of an appraisal (do not attach).
    ☑ Knowledge of comparable sales (do not attach).
    ☐ Other: _____

5. As of (applicable date), the Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priority | Original Lien Amount | Balance of Lien Amount As of (state applicable date) 3/15/2018 |
|---|---|---|
| 1st Lien: Mechanics Bank, fka California Republic Bank | $13,279.00 | $5,820.00 |
| 2nd Lien: | $ | $ |
| 3rd Lien: | $ | $ |

The foregoing balances are established by true and correct copies of filed proofs of claim, or recent loan statements, or other documents attached to this declaration as Exhibit A **which is a copy of my credit report which indicates the original amount I borrowed and the balance that I owed which is consistent with my recollection.**

6. The purpose of the valuation is to provide for treatment of the claim of:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| 1st Lien: Mechanics Bank, fka California Republic Bank | $ 3,622.00 | $ 2,198.00 |
| 2nd Lien: | $ | $ |
| 3rd Lien: | $ | $ |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Signature
RAUL VELASQUEZ
Printed Name

edmunds    NEW CARS    USED CARS    CAR TYPES    CARS FOR SALE

RESEARCH

Home / Used Cars / Pontiac / G6 / 2009 G6 / Prices with Options / Prices with Options Results

Share This Page

# 2009 Pontiac G6 - What Your Car is Worth

Use Edmunds.com to accurately appraise your used car.

Zip Code & Style | Colors & Options | Condition & Mileage | True Market Value®

Note: Model Year 2009 was the final year of production for this model.

### Current Pricing

|  | Rough | Average | Clean | Outstanding |
|---|---|---|---|---|
| TRADE-IN | $1,219 | **$1,521** | $2,030 | $2,305 |
| PRIVATE PARTY | $1,910 | **$2,394** | $3,198 | $3,622 |

1 of 370    View larger



Where can I find my VIN?

edmunds | MyAppraise
### Skip the Hassle, Sell Smarter

- Dealers compete for your vehicle by sending offers by e-mail or text
- Easier and safer than selling your car to private buyers
- Absolutely no obligation to sell or buy

**Enter Your VIN**

e.g. 2FMDK3KCXBBB1147    Get Started

### 2009 Pontiac G6
Base 4dr Car

### TMV® Pricing Details

|  | Trade-In | Private Party | Dealer Retail |
|---|---|---|---|
| National Base Price | $1,844 | $2,979 | $4,546 |
| Optional Equipment | $0 | $0 | $0 |
| Color Adjustment - Silver Green Metallic | $-3 | $-5 | $-7 |
| Regional Adjustment - for Zip Code 91335 | $63 | $101 | $155 |
| Mileage Adjustment - 96,834 miles | $133 | $133 | $133 |
| Condition Adjustment - Average | $-516 | $-814 | $-1,208 |
| **Total** | **$1,521** | **$2,394** | **$3,619** |

### Buying a Certified Used Vehicle

Certified Used Price

**Dealer Retail**

Vehicle not eligible for certification.

### Buy this car on Edmunds
Shop deals, get appraisals, find resources

Start Shopping



ADVERTISEMENT

**PACIFICA**

Legal

Awarded Best Family Minivan of 2017 by Parents and Edmunds.

BUILD & PRICE    SEARCH INVENTORY

### New Car Buying Guides

See which cars and trucks our editors recommend

SUV
Sedan
Truck
Convertible
Minivan
Hybrid

All Buying Guides

ADVERTISEMENT



**ALL-NEW PACIFICA**
Available 360-degree Surround View Camera¹

1. Always check entire surroundings visually before proceeding.

CHRYSLER    BUILD & PRICE ›

## DECLARATION OF EXPERT WITNESS IN SUPPORT OF
## MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL

I, _____ declare:

1. I am over 18 years of age, and I am qualified to testify as an expert witness in my capacity as a:
   ☐ Licensed Residential Property Appraiser with license no. _____
   ☐ Other: _____
   _____

2. Attached as Exhibit A to this declaration, is my report, which discloses all the data that I have used in forming my opinion.
3. My Opinion of the value of the Collateral is $ _____ as of *(applicable date)* _____

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
*Signature*

_____
Printed Name

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21000 Devonshire Street, Suite 111, Chatsworth, CA 91311

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/30/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*(Interested Party)* **Bank of America, N.A.** represented by **Joseph C Delmotte** ecfcacb@aldridgepite.com
**Valerie Smith** PRA Receivables Management LLC claims@recoverycorp.com
**Kathy A Dockery (TR)** efiling@CH13LA.com
*(Trustee)* **SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), its successors and assigns**
*(Creditor)* represented by **James F Lewin** james.lewin@mtglawfirm.com
*(U.S. Trustee)* **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
**Raul Velazquez** *(Debtor)* represented by **R Grace Rodriguez** ecf2@lorgr.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **4/30/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:** Raul Velazquez |828 N. Angeleno Avenue|Azusa, CA 91702-2322

**Honorable Sandra R. Klein**
**United States Bankruptcy Court**
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/30/2018 | R. Grace Rodriguez, Esq. | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Lienholder) | Address from: | Delivery Method |
|---|---|---|
| **Mechanics Bank fka California Republic Bank**<br><br>**Agent for Service of Process** (Name & Address)<br><br>**GLENN SHRADER, Agent SoP**<br>**Mechanics Bank fka**<br>**California Republic Bank**<br>**1111 CIVIC DRIVE, SUITE 390**<br>**WALNUT CREEK CA 94596** | ☐ Proof of Claim<br>☑ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | ☑ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| Name of 1st Lienholder)<br><br>**John DeCero, President, Chief Executive Officer**<br>**Mechanics Bank fka**<br>**California Republic Bank**<br>**1111 Civic Drive**<br>**Walnut Creek, CA 94596**<br><br>Agent for Service of Process (Name & Address) | ☐ Proof of Claim<br>☐ Secretary of State<br>☑ FDIC website<br>☐ Other: *specify* | ☐ US Mail<br>☑ Certified Mail - Tracking# 7016 0750 0000 0722 5305<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| Name of 1st Lienholder)<br><br>Agent for Service of Process (Name & Address) | ☐ Proof of Claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | ☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |